U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
SEP 28 2005
AT_____ O'CLOCK_____
Lawrence K. Baerman, Clerk - Syracuse

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

*******************************************

**UNITED STATES OF AMERICA**

v.

**MARCUS SANDERS,**

**Criminal Action No.
04-MJ-353**

**Defendant.**

*******************************************

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the Northern District of New York hereby dismisses the Criminal Complaint against Marcus Sanders, the defendant.

The reason(s) for this dismissal are (check one or more):

___ Case transferred to another District

___ Speedy Trial Act

___ Defendant's cooperation

___ Insufficient evidence at this time

_X_ Other: Defendant pled on state charges

With respect to this dismissal, defendant (check one):

__X__ Consents

____ Objects

____ Has not been consulted

This dismissal is without prejudice.

>GLENN T. SUDDABY
>United States Attorney
>
>By: John G. Duncan
>Executive Assistant U.S. Attorney
>Bar Roll No. 601100

Leave of court is granted for the filing of the foregoing dismissal.

Dated: September 28, 2005
Syracuse, New York

George H. Lowe
United States Magistrate Judge

2